The PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY G. DI MICCO, Appellant.— Appeal from an order of the County Court, Westchester County, denying appellant's motion to vacate a judgment of that court convicting him, on his plea of guilty, of robbery in the third degree and sentencing him to imprisonment for a minimum term of five years and a maximum term of ten years, and for an additional term of from five to ten years, pursuant to section 1944 of the Penal Law. Order affirmed. No opinion. Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN VONA, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant in two counts of violation of section 1308 of the Penal Law (buying, receiving, concealing or withholding stolen property), reversed on the law and the facts and the information dismissed. The evidence fails to establish the elements of the crime beyond a reasonable doubt. Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ., concur.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK ZIRINO, Appellant, et al., Defendant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of criminally receiving and concealing stolen property, and from the sentence thereon and from an order denying a motion to set aside the conviction and for a new trial. Judgment unanimously affirmed. No opinion. No separate appeal lies from the sentence or order, which have been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.